No. 17,292.

COLLINS *v*. HOWARD ET AL.
(274 P. [2d] 977)

Decided October 11, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. SEARS & GOLDSMITH, for plaintiff in error.

Mr. JOSEPH D. NEFF, Mr. ARTHUR EVERETT SMALL, JR., for defendants in error.